```
ORIGINAL
```

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

FILED
CLERK

2015 SEP 24  AM 9: 22

U.S. ... ...RT
EAS... ...CT
... ... ...

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------- -----x

Sage El f/k/a/ Hall, Winston Gregory )

non corporate entity
(real party in interest, *tertius interveniens*)
an Indigenous Empire Washitaw Muur National
                Plaintiff, )

         -against- )

TULLY, J. KALISH, R. WALKER, C )
GERSTEIN, M. QUINONES, J. FARBER, )
C. SGT. CORREIA, ANTHON, P.O NIEVES )
# 23976. P.O ANDERSON # 4969. P.O. )
OKUZU # 953197. P.O. USESSEF # 3912. )
P.O. JIMENEZ # 13248. ATT, SEYMOUR )
W. JAMES JR. ATT, TINA M. LUONGO )
ATT DAWN C. RYAN )

--------------------------------------------------x

         Defendants

# CV 15          5606

JURY DEMAND
YES ✓ NO_____

# GLEESON, J.

BLOOM, M.J.

I.     Previous Lawsuits:

     A.   Have you begun other lawsuits in state or federal court
         dealing with the same facts involved in this action or
         otherwise relating to your imprisonment?     Yes (✓) No ( )

     B.   If your answer to A is yes, describe each lawsuit in the space below
         (If there is more than one lawsuit, describe the additional lawsuits
         on another piece of paper, using the same outline.)

         1.     Parties to this previous lawsuit:

           Plaintiffs:  Sage-El f/k/a/ Hall, Winston

           Defendants:  P.O. HUSSIEN, ABDUL, CAPT CRUZ. HUDSONS
                      ATT ELENA HAKAV. FARBER, C GERSTEIN, H
                      ex.

         2.     Court (if federal court, name the district;
              if state court, name the county)
            IN THE ~~CRIMINAL~~ SUPREME COURT OF KINGS COUNTY

3.   Docket Number 2013KN051818 (Index #)13227/2014

4.   Name of the Judge to whom case was assigned: Knipel

5.   Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?):

The case was dismissed Still pending

6.   Approximate date of filing lawsuit: March 16, 2015

7.   Approximate date of filing disposition Oct 14, 2014

II.   Place of Present Confinement: N/A

A.   Is there a prisoner grievance procedure in this institution?   Yes (✓)  No ( )

B.   Did you present the facts relating to your complaint in the prisoner grievance procedure?   Yes (✓)  No ( )

C.   If your answer is YES,

1.   What steps did you take? I wrote grievance letters & forms requesting to go to social Services and letting them COS & Captains Know that my Indigenous Rights are violated to have me Injail.

2.   What was the result? No responce to my grievance letters and forms. They also ignore all CO. calls to Social Services on my behalf

D.   If your answer is NO, explain why not _____

_____

E.   If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes (✓)  No ( )

F.   If your answer is YES,

1.   What steps did you take? The steps I took was letting the CO.s and the Captains know that I need medical attention for my face due to dirty cells I develope a skin bacteria that damage my face. See exibs 1F

2.   What was the result? I was ignord by Captains and C.O.s. No medical attention was given to me. see exib pic. 2F

Exhibit F1 pics

Exhibit F2 pics





III.    Parties:

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff _Sage-El_____

Address _C/o 388 E 49 St Brooklyn N.Y. near [11203]_

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    a) ~~P.O. HUSSTEN, ABDUL~~ P.O. OKUZU #953197
                   b) P.O. NIEVES #23976, P.O. Anderson #4969 x     X
                   c) P.O. USESSEF # 3912

Defendant No. 2    a) P.O. JIMENEZ #13248
                   b) SGT. CORREJA, ANTHONY                          X
                   c) ATT. SEYMOUR W. JAMES JR

Defendant No. 3    a) ATT. TINA M. LUONGO
                   b) ATT. DAWN C. RYAN                              X

Defendant No. 4    a) TULLY, J.
                   b) KALISH, R                                      X
                   c) WALKER, C

Defendant No. 5    a) GERSTEIN, M
                   b) QUINONES, J                                    X
                   c) FABBER, C

X = Please note all of these defendants are ~~120 Sc~~ located at

[Make sure that the defendants listed above are identical to those listed in the caption on page 1.]

120 Schermerhorn St Brooklyn N.Y. 11201.
                                    3  Kings County Criminal Court.

IV.    Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not to give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8½ by 11 sheets of paper as necessary.)

The case# 2014KN079363 and 2014KN082519 both unconstitutional colorable law (special law) 511 VTL. I was kidnap, wrongfully arrested 5 days after I got my disposition for a previous 511 VTL charge. By NIEVES,#23976 and ANDERSON,#4969 both d/b/a NEW YORK CITY POLICE OFFICER with guns. I was in fear of my life when they pulled my automobile over, cause they had their hands on their guns. I gave them a copy of an original disposition letter from the courts stating my records in DMV is clear signed by Deputy Borough Chief Clerk Kenneth Fay. The second case# happen while I was parked in front of a friends house with my engine off. Then a P.O. came up to my window on the left by my seat knocking it, then asking if I'm drinking I answered I was never drinking there was no liquer in my automobile. These cases is treason, double jeopardy & Rico charge. See exib2 of complaint.

IV.A        If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

On both cases warrant was issue for my arrest while I was in court on two special appearances on 4/30/15 & 5/26/15. Due to those two unlawful arrest I suffer lost wages, tramatized by police, unstable relationships going in and out of prison. Medical treatment was for my r sholulder/ neck pain, hand/wrist pain

Exhibit 2 Statement Complaint

Affidavit Of Truth and Statement Complaint For Cases # 2014KN079363 and 2014KN082519

1. The history of the cases # 2014KN079363 and 2014KN082519
a) Both cases occurred after a previous disposition of the same, vtl 511, unconstitutional charge on October 14, 2014 with the seal of cpl 160.50 which states all public records, finger prints, plates and accusatory instruments be returned to me 5 days after disposition. Instead I was wrongfully arrested, again, 5 days after disposition, resulting in double jeopardy.
b) The same vtl 511 charges were brought up two different times. It is an unconstitutional violation to my right to travel.
c) The second arrest occurred while I was parked in front of my girlfriend's house. My automobile was turned off and I was texting on my phone. A police officer knocked on my car window and asked me if I was drunk. I told him that I was not drunk. Then he ordered me to come out the car and take a Breathalyzer test. I replied, I give no consent to this interrogation, then called 911 and made a report.

2. Event that took place
a) No rebuttal to my affidavits from the ADA in writing in a timely manner.
b) The affidavits that I presented are (1) administrative notice and demand a judicial notice of offer of proof, demand for verified complaint, (2)affidavit of lack of standing and no corpus delecti with motion to dismiss/strike for lack of standing and no corpus delecti, and (3)affidavit of a constitutional challenge and demanding the charging agent to certify the charges based in valid existing law pursuant to the constitution and specific to the bill of rights.
c) An order of default and dismissal was mailed to judge Kalish on February 20, 2015, yet the case still proceeded in default.

3. Issue concerning jurisdiction
a) I am Sage-El, an Empire Washitaw Muur/Moor national and holder in due course for dba name Hall, Winston Gregory.
b) My authenticated birth certificate (certificate of title) with Secretary of State, John F. Kerry's Signature and my affidavit pursuant to general rule 220 was assigned to the case but still continued without rebuttal.
c) In both cases files (accusatory instrument) I affixed an authenticated vessel lien & contributing beneficiary statement that value ($)1,000,000,000,000.00 In gold and silver.

4. My experiences encountered in trial with judges
a) Whenever I, Sage El, made a special appearance to the court, the judges waited until the courtroom was empty before they called my case.
b) Judge Kalish and Gerstein both removed their robes on two occasions in the court and left the courtroom for 15 minutes or more. Upon their return, they continually referred to me by my dba name, WINSTON HALL, which I, Sage El, corrected and stated for the record my title of nobility. Yet, each judge denied my status.
c) On one of my special appearances, I was called up for arraignment four times by judge Kalish.
d) On April 22, 2015, Judge Gerstein forced me into an unconstitutional preliminary bench trial without a public trial or any jury. That same day, he sent me to room AP3 on second call without my name assigned to that room.
e) I encountered ADJ Quinones, J: who was belligerent and biased, denied me of my right to free speech and right to defend myself by not answering questions; and committing treason with the ADA to falsify records to make a conviction with me.
f) ADJ Quinones adjourned the case to the following week, April 30th. That week, in court, she issued a warrant for my arrest, even though she stated I wouldn't wave any of my rights by not entering the well in the court. Then I stated my refusal to enter the well and the case should be dismissed because this case is in default. I was arrested outside the court by the same police officer (Chukwuem Okuzu) without producing an warrant for my arrest. I was unlawfully arrested for aggravated operating a motor vehicle while I was standing on the sidewalk outside the court building doing an interview with NPR with reporter Joel Rose. I was brought back up to the court room then ADJ Quinones denied me my rights to defend myself and order an attorney on the case and he also falsified the record with

the ADA Chelsea Toder  making a request to remand me with $3,000 bail. An attorney was assigned May 12th to the case with little information about the case and forced a speedy unconstitutional bench trial set for May 26, 2015.

5. On May 26, 2015 I made a special appearance to the court, on entering the court room I took a look on the attendance sheet for the court and my appellation was not on for the day , then I use my phone and record the docket sheet for the day without my appellation on it , then I left the court. Quinones, J then issue another unlawful warrant to arrest my estate .

6. Im seeking justice and all these public servants remove from there jobs. Im also requesting to be on the do not detain list and my tort complaint charge amount is one hundred million usd. $.100,000,000.00

V.     Relief:

Share what relief you are seeking if you prevail on your complaint.

The relief I'm seeking is justice and all the defendants removed from their jobs.
I'm seeking to be placed on the do not detain list by the U.S.A Marshals and one hundred milliondollars. $ 100,000,000 USD

I declare under penalty of perjury that on Sep 24, 2015 , I delivered this
                                          (Date)

                    In Propria Persona
Complaint ~~to prison authorities to be mailed~~ to the United States District Court for the
                              (SE)
Eastern District of New York.

Signed this 24 day of September, 2015 . I declare under penalty of perjury that
the foregoing is true and correct.

3age-el
Signature of Plaintiff ucc 1-207, ucc 1-308, ucc 3-603 all right reserved

N/A
Name of Prison Facility

C/o 388 E 49 Street
Brooklyn N.Y. near [11203]

Address

N/A
Prisoner ID #

~~Double Jeopardy Fed Law Suit 1.docx~~                    5