

# THE MOORISH NATIONAL REPUBLIC FEDERAL GOVERNMENT
# THE MOORISH DIVINE AND NATIONAL MOVEMENT OF THE WORLD.

*Northwest Amexem / Northwest Africa / North America.*
'The North Gate'.
Societas Republicae Ea Al Maurikanos.
Aboriginal and Indigenous Natural Peoples of the Land.
The true and de jure Al Moroccans / Americans

### Averment Of Jurisdiction - Quo Warranto
For The Record, To Be Read Into The Record
Notice to Agent is Notice to Principal – Notice to Principal is Notice to Agent.

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Assigned to : Judge Eric N. Vitalioano
Referred to : Magistrate Steven L. Tiscione
Related Cases: 1:15-cv-04895-ENV-ST
1:16-cv-00584-ENV-ST
225 Cadman Plaza East
Brooklyn, NY 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 29 2016 ★
BROOKLYN OFFICE

### Res Judicata

**Hagans v Lavine** 415 U.S. 533., There is no discretion to ignore lack of jurisdiction. **Joyce v U.S.** 474 2d 215; The law provides that once State and Federal jurisdiction have been challenged, it must be proven. **Main v Thiboutot** 100. S. Ct 2501 (1980); " Jurisdiction can be challenged at any time " and "jurisdiction, once challenged, cannot be assumed and must be decided". **Basso v Utah Power and Light Co.** 495 F.2d 906,910.

As all government entities and alleged private corporations must be a creature of the American Constitution, this is a formal Request and Command for EASTERN DISTRICT COURT OF NEW YORK and/or : ERIC N. VITALIOANO & STEVEN L. TISCIONE to produce for the record, the physical documented 'Delegation of Authority', as Proof of Jurisdiction, as required by Law, per Article III, Section 1 of the United States Republic Constitution.

PUBLIC HAZARD BONDING OF CORPORATE AGENTS All officials are required by federal, state, and municipal law to provide the name, address and telephone number of their public hazard and malpractice bonding company and the policy number of the bond and, if required, a copy of the policy describing the bonding coverage of their specific job performance. Failure to provide this information constitutes corporate and limited liability insurance fraud (15 USC) and is prim a facie evidence and grounds to impose a lien upon the official personally to secure their public oath and service of office. (18 USC 912).

"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621

In Honor Always,

Witness _Tora Allah-Bey_   I Am: _Sage - El_
Sage - El, All rights reserved, UCC 1-207/308

Witness _Tahishah El-Bey_

M.D.N.M.
AFFIRMED: 7-26-1436 MCY
MUFTI/VIZIR _Shaikh Ra'Saan-Bey_ 7/26/2016 CCY
_Khallah Ra'eem-Bey_
Natural Person Authorized Representative
All Rights Reserved UCC 1-103/1-308/1-207/1-308

Sage-EL
c/o 388 E 49 Street
Brooklyn New York Rep
near [11203]
Non-Domestic
Private Correspondent

REGISTERED MAIL™

RE 215 922 899 US

Label 200, August 2005    PSN 7690-03-000-9311

Statutory Non-Domestic Fully Pre-Paid
12 Stat. at Law, Ch. 71, Sec 23
Federal Offense to collect additional postage
18 USC 1726 ("without the United States")

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Attn Judge: Eric N. Vitaliano
225 Cadman Plaza East
Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 29 2016 ★

BROOKLYN OFFICE

11201-183299