Env          Case# 15-CV-05606
#

This Affidavit is to correct the jurisdiction from Federal Question to Diversity of Citizenship.

I Sage-El, Benefical Owner for Hall, Winston Gregory d/b/a WINSTON GREGORY HALL ESTATE. I am requesting for the title & heading of my case in the court of record to be up dated with this Judicial Notice and Demand.

                               Sage-El droit droit
                             ucc 1-207/308 all rights reserved.

FILED CLERK 5/25/17
2017 MAY 24 PM 4:14
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK